**Hugh Allen SMITH, Appellant,**

v.

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellee.**

Court of Appeals of Kentucky.

May 18, 1973.

Clifford L. Walters, Charles A. Williams, Paducah, for appellant.

Carl T. Miller, Jr., Department of Highways, Frankfort, Jim Robinson, Paducah, for appellee.

PER CURIAM.

Conceding that the doctrine of sovereign immunity is not above reproach, in view of Foley Construction Company v. Ward, Ky., 375 S.W.2d 392 (1964), it would appear that the appropriate forum for pursuing the fight against it is the General Assembly.

See Wells v. Com., Dept. of Highways, Ky., 384 S.W.2d 308 (1964).

The judgment is affirmed.

PALMORE, C. J., and MILLIKEN, OSBORNE, REED, STEINFELD and STEPHENSON, JJ., sitting.

All concur.